IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR281 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ENRIQUE CABELLERO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court pursuant to defendant's motion for habeas corpus in accordance with 28 U.S.C. § 2255. Defendant requests that this court provide him with copy of his sentencing transcripts, plea agreement and the presentence report, and further requests that upon receipt of these documents he be allowed to filed an amended § 2255 petition. The court will grant this motion.

THEREFORE, IT IS ORDERED THAT:

1. Defendant's motion, Filing No. 145, for copies of his sentencing transcripts, plea agreement and the presentence report is granted.

2. The Clerk of Court is ordered to provide defendant with a copy of the plea agreement and the presentence report in this case.

3. The court reporter in this case is ordered to send a copy of the sentencing transcript to the defendant.

4. The Clerk of Court shall serve a copy of this order on the court reporter of record and on the defendant at his last known address, Enrique Caballero, 22389-047, F.C.I. P.O. Box 5000, Sheridan, Oregon 97378.

5. The defendant shall have 30 days from the receipt of the last of these three documents to file an amended petition pursuant to 28 U.S.C. § 2255.

DATED this 13th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge